# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>KENNETH DANIEL TIEDEMANN,<br><br>　　　　　　　　　Defendant. | Case No. 14-cr-2316-MMA-1<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE AND SETTING BRIEFING SCHEDULE; AND**<br><br>**GRANTING IN PART DEFENDANT'S MOTION FOR DOCUMENTS**<br><br>[Doc. No. 95] |

On June 17, 2022, the Court ordered the government to show cause why sanctions should not issue for its failure to comply with the Federal Rules of Civil Procedure and failure to timely comply with Court Orders. *See* Doc. No. 96 (the "OSC"). The government has responded to the OSC in writing, demonstrating good cause for its past failures, as well as representing to the Court that such errors will not occur again. Accordingly, the Court **DISCHARGES** the OSC.

In response to Defendant's motion for reconsideration, *see* Doc. No. 92, the Court vacated its prior order on the government's motion for summary judgment, *see* Doc. No. 88.  Accordingly, the government's motion, *see* Doc. No. 87, is again before the Court for adjudication.  According to the government's response, it has duly served Defendant with a copy of its summary judgment motion.  *See* Doc. No. 97-1.  Therefore, the Court **SETS** the following briefing schedule: Defendant must file his opposition no later than **forty-five (45) days** from the date of receipt of either this Order or the government's motion, **whichever is later**.  The government may then file its reply no later than **thirty (30) days** after Defendant opposes.  Upon completion of the briefing, the Court will take the matter under submission and issue a written ruling in due course.

Further, the Court **GRANTS IN PART** Defendant's motion for documents.  The Court **DIRECTS** the Clerk of Court to send Defendant the following documents along with a copy of this Order: (1) Amended Criminal Forfeiture Order (Doc. No. 8); (2) U.S. Marshal Form 285 (Doc. No. 68); and (3) Order of Judgment (Doc. No. 65).  The Court further **DIRECTS** the Clerk of Court to send Defendant the following documents, docketed in Case No. 10-cr-4657-W: (1) Amended USPO Petition (Doc. No. 90); June 29, 2015 Minute Entry re Revocation (Doc. No. 92); and (3) Amended Judgment (Doc. No. 25), which includes Defendant's terms of supervised release following his previous custodial sentence.  The Court **DIRECTS** the parties to meet and confer regarding the existence of any search warrant and accompanying affidavit in this case or Defendant's previous case, 10-cr-4657-W.

**IT IS SO ORDERED**.

Dated:  July 6, 2022

HON. MICHAEL M. ANELLO
United States District Judge